UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**VERONICA BULTEMA,**

          **Plaintiff,**

-vs-                                        **Case No. 6:05-cv-1651-Orl-28DAB**

**G & H FITNESS, INC., SAMUEL HINES,**

          **Defendants.**

_____

# ORDER

This case is before the Court on Plaintiff's Motion For Entry of Default Judgment (Doc. No. 11-1) filed May 11, 2006. The United States Magistrate Judge has submitted a report recommending that the motion be Granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed May 26, 2006 (Doc. No. 12) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Final Judgment is entered in Plaintiff's favor against Defendants G&H Fitness, Inc. and Samuel Hines, jointly and severally, in the amount of $1,888.64 in damages, $1,860.00 in attorney's fees and $347.50 in costs.

    3.    The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __22__ day of June, 2006.

```
                                        _____
                                              JOHN ANTOON II
                                         United States District Judge
```

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party